Iat. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,388,941

## United States Patent and Trademark Office

Registered Sep. 26, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## MEDI-SHARE

CHRISTIAN CARE MINISTRY, THE (FLORIDA NON-PROFIT ORGANIZATION)
P. O. BOX 1779
MELBOURNE, FL 32902

    FOR: ELEEMOSYNARY SERVICES, NAMELY, MANAGEMENT OF A MEDICAL COST-SHARING

PROGRAM AMONG MEMBERS OF THE CHRISTIAN FAITH, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). FIRST USE 3–2–1993; IN COMMERCE 7–4–1993.

    SER. NO. 74–605,087, FILED 12–1–1994.

FRANCES S. WOLFSON, EXAMINING ATTORNEY



EXHIBIT 1