## 125 YEARS

# SHERMAN & HOWARD

633 Seventeenth Street, Suite 3000, Denver, CO 80202-3622
Telephone: 303.297.2900  Fax: 303.298.0940  www.shermanhoward.com

Jessica Stone Levy
Sherman & Howard L.L.C.
Direct Dial Number: 303.299.8151
E-mail: jlevy@shermanhoward.com
*Admitted in New York and Washington
*Not admitted in Colorado

October 24, 2017

**VIA E-MAIL (info@sureco.com)**

SureCo, Inc.
201 E. Sandpointe Avenue
Suite 600
Santa Ana, CA 92707

Dear Sirs:

      This firm represents Christian Care Ministry ("CCM") in connection with the protection and enforcement of its trademark rights. Since at least as early as 1993, CCM has used the trademark MEDI-SHARE throughout the country in connection with its medical cost-sharing program. In confirmation of those exclusive rights, CCM sought federal trademark registration for the MEDI-SHARE mark and is the owner of U.S. Trademark Registration No. 2388941, for the trademark MEDI-SHARE, for "eleemosynary services, namely, management of a medical cost-sharing program among members of the Christian faith."

      This registration is valid and subsisting, in full force and effect, and CCM is the owner of all right, title, and interest in and to the registration and mark. You can see this use at https://mychristiancare.org/medi-share/. As a result of this extensive use, CCM has acquired substantial goodwill in the marketplace and strong trademark rights in its MEDI-SHARE mark.

      It has come to our attention that your business is operating under the Medishare Marketplace name, and using the medi-shareplans.com domain name in connection with providing medical plans. This use is likely to cause confusion, and, in fact, already has done so, as to the affiliation, connection, or association of your business with CCM, and as to the origin, sponsorship, or approval of your program with CCM's MEDI-SHARE program, with harm resulting to CCM and to the public.

Active/022258.009/47027435.1



EXHIBIT 3

SureCo, Inc.
October 24, 2017
Page 2

      CCM has encountered several instances of actual confusion arising out of your use of the Medishare Marketplace name and is deeply concerned about harm to the reputation of its MEDI-SHARE program. For that reason, we request that you promptly discontinue all use of MEDI-SHARE in connection with offering insurance plans – specifically, that you change your business's name to exclude the term Medishare Marketplace, and that you cease use of the domain name medi-shareplans.com.

      This communication in no way constitutes a waiver of or a limitation on CCM's rights to pursue all legal and equitable remedies available to it, all of which are expressly reserved.

      Please feel free to contact me if you would like to discuss this matter further.

      Sincerely,

      Jessica Stone Levy

JSL/rdh

cc:    Stuart J. Lark, Esq. (via e-mail)

2