UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTIAN CARE MINISTRY, INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 6:18-cv-1313-Orl-37GJK

SURECO INSURANCE AGENCY, INC.;
SURECO HEALTH AND INSURANCE
AGENCY, INC.; SURECARE, INC.; and
JOHN DOES 1-10,

    Defendants.
_____

## MEDIATOR'S REPORT

A mediation conference was conducted on March 7, 2019. After a full day of mediation, the parties have authorized the Mediator to report that mediation was suspended for a 30 day period for the purpose of allowing the parties to exchange documents and information in furtherance of settlement efforts. At the end of this period the parties will ask to reconvene mediation in April at a mutually agreeable date or request that an impasse be declared.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2019, I electronically filed the foregoing with the Clerk of the Courts by using E-Portal, which will send a notice of electronic filing to the following: **Joshua D. Grosshans, Esquire**, Latham, Shuker, Eden & Beaudine, LLP, 111 North Magnolia Ave., Suite 1400, Orlando, FL 32801, josh@lseblaw.com; lmilvain@lseblaw.com; **Joseph J. Weissman, Esquire,** Johnson Pope Bokor Ruppel & Burns, 401 East Jackson St., Suite 3100, Tampa, FL 33602, Josephw@jpfirm.com.

Respectfully submitted,

_____
DAVID W. HENRY, ESQUIRE/**MEDIATOR**
Florida Bar No.: 765082
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
315 E. Robinson Street, Suite 550
Orlando, FL 32801
Telephone:   (407) 420-4380
Facsimile:    (407) 839-3008
E-mail: dwhenry@mdwcg.com