**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTIAN CARE MINISTRY, INC.,
a Florida Not For Profit Corporation,

    Plaintiff,                                  CASE NO.: 6:18-cv-1313-Orl-37-GJK

v.

SURECO INSURANCE AGENCY, INC.,
a California corporation; SURECO
HEALTH AND LIFE INSURANCE
AGENCY, INC., a California corporation;
SURECARE, INC., a California
corporation; and JOHN DOES 1 – 10,

    Defendants.
_____/

**AGREED MOTION FOR MODIFICATION OF CASE MANAGEMENT AND**
**SCHEDULING ORDER REGARDING EXPERT DISCLOSURE DEADLINES AND**
**MEMORANDUM IN SUPPORT THEREOF**

       Plaintiff, CHRISTIAN CARE MINISTRY, INC. ("CCM"), by and through its undersigned counsel, hereby moves for a modification of the Case Management and Scheduling Order dated November 29, 2018 (Doc. No. 23) regarding expert disclosure deadlines in this matter, stating in support thereof as follows:

       1.      On March 7, 2019, the parties to this action attended mediation.

       2.      While progress was made towards resolution of the matter at mediation, the parties suspended mediation for 30 days to allow for the exchange of documents and information in furtherance of settlement efforts. Additional time is now needed for this process.

       3.      To allow the parties to continue to focus on resolution attempts, the parties seek to modify the upcoming expert witness disclosure and report deadlines. These deadlines are currently May 17, 2019 for the Plaintiff and June 21, 2019 for the Defendants.

4. CCM requests that the Plaintiff's expert witness disclosure and report deadline be moved to July 12, 2019, and the Defendants' expert witness disclosure and report deadline be moved to August 16, 2019.

5. This request does not modify any other dates or deadlines in this matter.

6. Defendants have consented to the relief requested in this Motion.

WHEREFORE, CCM respectfully prays the Court enter an Order modifying the Case Management and Scheduling Order, setting Plaintiff's expert witness disclosure and report deadline as July 12, 2019, and Defendants' expert witness disclosure and report deadline as August 16, 2019.

DATED:  April 9, 2019                                   Respectfully submitted,


/s/ Joshua Grosshans, Esq.
**Michael J. Beaudine, Esq**.
Florida Bar No. 0772763
**Lori T. Milvain, Esq**.
Florida Bar No. 0116660
**Joshua D. Grosshans, Esq.**
Florida Bar No.: 35828
beaudine@lseblaw.com
lmilvain@lseblaw.com
josh@lseblaw.com
**Latham, Shuker, Eden & Beaudine, LLP**
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Tel.:  (407) 481-5800
Fax:  (407) 481-5801

- AND -

**Joseph C. Daniels, Esq**.
jdaniels@shermanhoward.com
**Sherman & Howard LLC**
633 17th Street, Suite 3000
Denver, CO  80202
Tel.:  (303) 299-8204
Fax:  (303) 298-0940

*Attorneys for Plaintiff, Christian Care Ministry, Inc.*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that prior to the filing of this Motion, Counsel for the Plaintiff conferred with Counsel for the Defendants and Counsel for the Defendants has consented to the relief requested in this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

**Joseph J. Weissman, Esq.**
Johnson Pope Bokor Ruppel & Burns LLP
401 E Jackson St., Suite 3100
Tampa, FL  33602-5228
Tel:  (813) 225-2500
Fax: (813) 223-7118
josephw@jpfirm.com

/s/ Joshua Grosshans
**Joshua Grosshans, Esq.**