UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTIAN CARE MINISTRY, INC.,

    Plaintiff,

v.                                  Case No.: 6:18-cv-1313-Orl-37GJK

SURECO INSURANCE AGENCY, INC.;
SURECO HEALTH AND INSURANCE
AGENCY, INC.; SURECARE, INC.; and
JOHN DOES 1-10,

    Defendants.
_____

## SUPPLEMENTAL MEDIATOR'S REPORT

A mediation conference was conducted on March 7, 2019. After further consultation with the parties, an impasse has been declared.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Courts by using E-Portal, which will send a notice of electronic filing to the following: **Joshua D. Grosshans, Esquire**, Latham, Shuker, Eden & Beaudine, LLP, 111 North Magnolia Ave., Suite 1400, Orlando, FL 32801, josh@lseblaw.com; lmilvain@lseblaw.com; **Joseph J. Weissman, Esquire,** Johnson Pope Bokor Ruppel & Burns, 401 East Jackson St., Suite 3100, Tampa, FL 33602, Josephw@jpfirm.com.

                                        Respectfully submitted,

                                        _____

DAVID W. HENRY, ESQUIRE/**MEDIATOR**
Florida Bar No.: 765082
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
315 E. Robinson Street, Suite 550
Orlando, FL 32801
Telephone:   (407) 420-4380
Facsimile:    (407) 839-3008
E-mail: dwhenry@mdwcg.com

LEGAL/122046319.v1