UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTIAN CARE MINISTRY INC.,

    Plaintiff,

v.                                                                Case No: 6:18-cv-1313-Orl-37GJK

SURECO INSURANCE AGENCY, INC.,
SURECO HEALTH AND LIFE
INSURANCE AGENCY, INC.,
SURECARE, INC. and JOHN DOES 1-
10,

    Defendants.

## Order

This cause is before the Court on the Plaintiff's Agreed Motion to Modify Case Management Report and Scheduling Order Regarding Expert Disclosure Deadlines and Memorandum in Support Thereof (Doc. 28 ("**Motion**").) Having considered the Plaintiff's motion, it is hereby **ORDERED AND ADJUDGED:**

1. The Plaintiff's Agreed Motion to Modify Case Management Report and Scheduling Order Regarding Expert Disclosure Deadlines and Memorandum in Support Thereof (Doc. 28) is **GRANTED.**

2. The Plaintiff's deadline to file their expert witness disclosure and report is extended through and including July 12, 2019. The Defendants' expert witness disclosure and report deadline is extended through and including August 16, 2019.

3. All other terms and conditions of the Case Management and Scheduling Order (Doc. 23) entered November 29, 2018 shall remain in effect. The extension noted above may not be used to support any future requested extensions of existing deadlines.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 13, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
All Counsel of Record